UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | 23-CR-00475 (JHR) (RFT) |
| Government, | |
| -against- | **ORDER** |
| Darrin Copeland, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Status Conference scheduled for July 22, 2024 is adjourned sine die. Counsel for Mr. Copeland shall submit an update on Mr. Copeland's status by August 12, 2024. The Clerk of Court is respectfully requested to terminate ECF 9 and 12.

DATED: July 19, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge