USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2024

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: December 10, 2024

Re:  **United States v. Darrin Copeland**
     **23 Cr. 475 (JHR) (RFT)**

Dear Judge Rearden,

I write to respectfully request a Court order authorizing Probation to release to defense counsel Mr. Copeland's substance abuse and mental health treatment records and drug test results in advance of the parties' December 12, 2024 appearance. The government has no objection to this request.

On the evening of Saturday, December 7, 2024, Probation submitted an amended violation report to the Court, which reflected information about Mr. Copeland's inpatient and outpatient treatment, as well as his drug test results. On December 9, the Court scheduled an appearance in this matter for December 12, 2024. So that the defense can be prepared for Thursday's appearance, we respectfully ask the Court to authorize Probation to release to the parties the records currently in its possession regarding Mr. Copeland's substance abuse and mental health treatment, as well as the cited drug tests.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Probation Officer Washington Herrera
      AUSA James Mandilk