UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>DARRIN COPELAND,<br>　　　　　　　　Defendant. | 23 Civ. 475 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Defendant is hereby remanded to the custody of the United States Marshal.

SO ORDERED.

Dated: December 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer H. Rearden*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge