**MEMO ENDORSED (p. 2)**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District of New York

December 18, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Darrin Copeland**
      **23 Cr. 475 (JHR)**

Dear Judge Rearden,

    I write on behalf of the parties and the Probation Department to provide an update and respectfully request a release order in the above-captioned matter.

    At the December 12, 2024 appearance, the Court ordered Mr. Copeland detained at MDC Brooklyn pending his placement in inpatient/residential substance abuse treatment. ACI—a provider of mental health and substance abuse services including medical detox, inpatient treatment, and medically assisted treatment—has confirmed that as of this morning it has an available bed that it is holding for Mr. Copeland. *See* Ex. A, ACI Ltr. (Dec. 18, 2024). Because ACI is able to provide Mr. Copeland with the entire range of treatment options in an inpatient setting, the parties and Probation agree that Mr. Copeland's placement in this program would satisfy the Court's December 12, 2024 order. Defense counsel and Probation will remain in contact with ACI to ensure Mr. Copeland's enrollment in appropriate long-term treatment, consistent with the Court's order.[1]

    Accordingly, we respectfully request that the Court order Mr. Copeland's release and impose the release conditions of immediate enrollment in substance abuse treatment services at ACI, with inpatient/residential treatment to follow at the direction of Probation. A proposed release order is attached hereto as Exhibit B.

    We thank the Court for its consideration of this request.

---

[1] As discussed at the December 12, 2024 conference, Mr. Copeland successfully completed detox programming at ACI and transitioned to residential care at Samaritan Village without incident over the summer.

**United States v. Darrin Copeland**
**23 Cr. 475 (JHR)**

                                            Respectfully submitted,

                                            /s/

                                            Neil P. Kelly
                                            Assistant Federal Defender
                                            (212) 417-8744

cc:     Probation Officer Washington Herrera
        AUSA James Mandilk

The Court will not allow Mr. Copeland to report on his own to ACI Treatment Center following release from BOP custody. Mr. Kelly shall address whether Mr. Copeland will be released directly into Mr. Kelly's custody for transport to ACI, and if not, how Mr. Kelly will otherwise arrange for Mr. Copeland's secure transport from BOP custody to ACI.

In addition, Mr. Kelly shall clarify whether ACI will serve as (1) a long-term residential substance abuse treatment program (and if so, for up to how many months); or (2) a short-term detoxification program pending Mr. Copeland's admission to a residential treatment program. If the latter, then Mr. Kelly shall describe the efforts that are underway to secure placement in a residential treatment facility that, immediately upon Mr. Copeland's release from ACI, will admit Mr. Copeland and provide him with long-term inpatient care.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: December 18, 2024

# EXHIBIT A



12/18/2024

To Whom It May Concern:

ACI Treatment Center has held a bed for Mr. Darrin Copeland ▮▮▮▮▮▮▮. ACI Treatment Center provides dual diagnose treatment and is located at 589 Rockway Ave, Brooklyn NY 11212. Services include medical detox, Inpatient treatment, and medically assisted treatment options.

Mr. Copeland has been accepted pending health and medical screening, this bed hold includes any and all levels of care needed and or ordered.

Mr. Copeland will receive Individual Therapy, Group Therapy, Psychiatric and Medical care while attending ACI.

Stephanie Davis BSN, LPC, LMHC

**Inpatient Detox and Rehab**
589 Rockway Ave Brooklyn NY 11212
P: 212.293.3000

**Outpatient Services**
255 West 36th St. (8th FL) New York NY 10018
P: 212.378.4545


acirehab.org

# EXHIBIT B

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA


          - v -
                                        23 Cr. 475 (JHR)

DARRIN COPELAND,                        [PROPOSED] ORDER


             Defendant.
------------------------------X
```

Upon the application of the above-captioned defendant, DARRIN COPELAND, by and through his attorney, Neil Kelly, Esq., of the Federal Defenders of New York, and with the consent of James Mandilk, Esq., on behalf of the Government, and Probation Officer Washington Herrera on behalf of the Probation Department,

IT IS HEREBY ORDERED that the defendant, DARRIN COPELAND, Federal Register Number 80264-509, currently incarcerated at MDC Brooklyn, be immediately released from the custody of the Bureau of Prisons; and

IT IS FURTHER ORDERED, as a condition of the defendant's release, that the defendant is to report immediately to substance abuse treatment for a term of residential substance abuse treatment for up to 12 months as directed by the Probation Department.

                              SO ORDERED:


                              _____
                              HONORABLE JENNIFER H. REARDEN
                              United States District Judge


Dated:   December 18, 2024
         New York, New York