```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA


         - v -
                                         23 Cr. 475 (JHR)

DARRIN COPELAND,                         [PROPOSED] ORDER



              Defendant.
------------------------------X
```

    Upon the application of the above-captioned defendant, DARRIN COPELAND, by and through his attorney, Neil Kelly, Esq., of the Federal Defenders of New York, and with the consent of James Mandilk, Esq., on behalf of the Government, and Probation Officer Washington Herrera on behalf of the Probation Department,

    IT IS HEREBY ORDERED that the defendant, DARRIN COPELAND, Federal Register Number 80264-509, currently incarcerated at MDC Brooklyn, be released from the custody of the Bureau of Prisons on December 20, 2024; and

    IT IS FURTHER ORDERED, as a condition of the defendant's release, that the defendant is to report immediately to substance abuse treatment for a term of residential substance abuse treatment for up to 12 months as directed by the Probation Department; and

    IT IS FURTHER ORDERED that Mr. Copeland is to be accompanied to his enrollment in substance abuse treatment by a staff member of defense counsel's office.

                                 SO ORDERED:

                                 */s/ Jennifer H. Rearden*
                                 HONORABLE JENNIFER H. REARDEN
                                 United States District Judge

Dated:    December 19, 2024
          New York, New York